| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:18-cv-08511-JLS-JEM |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| vs. | |
| IVAN MOSUNOV; MODERN ROOFING, INC., a California Corporation; BOULEVARD PHARMACY, INC., a California Corporation d/b/a OLYMPIC BOULEVARD PHARMACY; FIRST DATA MERCHANT SERVICES LLC, a Florida Limited Liability Company, | |
| Defendants. | |
| BOULEVARD PHARMACY, INC., a California Corporation, | |
| Counter-Claimant, | |
| vs. | |
| WELLS FARGO BANK, N.A.; IVAN MOSUNOV; MODERN ROOFING, INC., a California Corporation; FIRST DATA MERCHANT SERVICES, LLC, a Florida Limited Liability Company, | |
| Counter-Defendants. | |

On March 2, 2020, Plaintiff WELLS FARGO BANK, N.A. ("Wells Fargo"), Defendant BOULEVARD PHARMACY ("Boulevard"), and Defendant FIRST DATA MERCHANT SERVICES LLC ("First Data"), by and through their attorneys of record, filed a Stipulation and Order for Entry of Judgment in Interpleader, Dismissal, and Distribution of Proceeds in this action ("Stipulation and Order"). Doc. 62. The Order was entered on March 6, 2020. Doc. 64.

Pursuant to the Stipulation and Order, the Contested Funds at issue in this action, plus interest, are to be disbursed from the registry of the Court to Wells Fargo, Boulevard, and First Data. Defendants Ivan Mosunov and Modern Roofing, Inc. have not appeared in this action and have made no claim to the Contested Funds.

THEREFORE, good cause appearing, and based on the request of the parties, it is hereby ORDERED, ADJUDGED, AND DECREED that Wells Fargo's Complaint is dismissed with prejudice as to each Defendant, and Boulevard's Counter-claim is dismissed with prejudice as to each Counter-Defendant, with each party to bear its own costs and attorneys' fees, and that Judgment of Dismissal is hereby entered under Rules 54 and 58 of the Federal Rules of Civil Procedure.

The Court expressly reserves its jurisdiction pending the disbursement of the Contested Funds to Wells Fargo, Boulevard, and First Data.

DATED: March 19. 2020

                                                Hon. Josephine L. Staton
                                                United States District Judge

CC: FISCAL